## SWIFT AND COMPANY *v.* BOBICH.

[No. 12,659.   Filed January 11, 1927.   Rehearing denied April 27, 1927.]

From Industrial Board of Indiana.

Proceedings under the Workmen's Compensation Act by George Bobich against Swift and Company.   An agreement for compensation was entered into and the compensation paid for a time. The employer filed an application to be relieved from further payment on the ground that the disability had ended.   From the denial of the petition, the employer appeals.   *Affirmed.*   By the court in banc.

*William J. Whinery,* for appellant.

*William J. McAleer, Francis J. Dorsey, Gerald A. Gillett* and *Perry R. Chapin,* for appellee.

DAUSMAN, J.—George Bobich received a compensable injury while in the employ of Swift and Company on March 3, 1924.   An agreement for compensation was made in the statutory way and compensation was paid thereunder until October 24, 1925.   At that time, Swift and Company filed an application to be relieved from further payment on the ground that the workman's disability, on account of which the compensation had been thus provided, had ended.   The matter was heard by the full board in due time and a finding made against the employer and an order entered thereon that the employer should continue payment of compensation under the original agreement.

The question presented to the board for its decision was one of fact and the evidence fairly sustains the action of the board. The award is affirmed.

---

## GARNER *v.* COLUMBIA INVESTMENT COMPANY ET AL.

[No. 12,738.   Filed May 17, 1927.]

From Marion Superior Court (A 33,150) ; *Linn D. Hay,* Judge.

Action between William S. Garner and the Columbia Investment Company and others.   From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Louis Rosenberg* and *Salem D. Clark,* for appellant.

*Romney L. Willson and Russell Willson,* for appellees.

PER CURIAM.—Judgment affirmed.

Dausman, J., absent.